# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LEIGH HALLIER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00954-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF<br><br>**THREE DAY DEADLINE** |

On August 4, 2025, Plaintiff initiated this action seeking judicial review of a final decision of the Commissioner of Social Security denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On August 5, 2025, the Court issued a scheduling order. (ECF No. 5.) Pursuant to the scheduling order, Plaintiff's opening brief was due 30 days after the filing of the administrative record. (Id. at 2.) The administrative record was lodged on October 1, 2025 (ECF No. 9); thus, Plaintiff's opening brief was due by October 31, 2025. Plaintiff has not filed an opening brief or requested an extension of time to do so.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Plaintiff's failure to timely file the opening brief, or seek an extension to do so,

constitutes a failure to comply with the Court's order.  Accordingly, Plaintiff will be directed to show cause why sanctions should not be issued for failure to file the opening brief in compliance with the Court's August 5, 2025 scheduling order.

Based on the foregoing, IT IS HEREBY ORDERED that **within three (3) days of entry of this order**, Plaintiff shall show cause in writing why sanctions should not issue for the failure to comply with the Court's scheduling order (ECF No. 5).  <u>Plaintiff is advised that filing an opening brief without showing cause in writing why sanctions should not issue is an insufficient response to this order.</u>  Failure to comply with this order will result in the imposition of sanctions up to and including recommendation of dismissal of this action.

IT IS SO ORDERED.

Dated:   **November 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge