# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LEIGH HALLIER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case No. 1:25-cv-00954-JLT-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 11) |

On November 3, 2025, the Court issued an order to show cause, requiring Plaintiff to show cause in writing why sanctions should not be imposed for failure to comply with the Court's scheduling order. (ECF No. 5.) Plaintiff timely filed a declaration responding to the order to show cause, (ECF No. 12), along with its proposed opening brief. (ECF No. 13.) Satisfied with the responses from Plaintiff, the Court will discharge the order to show cause and accept Plaintiff's opening brief, as filed on November 3, 2025.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, the Court HEREBY ORDERS that:

1. The November 3, 2025 order to show cause (ECF No. 11) is DISCHARGED;
2. Plaintiff's opening brief (ECF No. 13) is deemed accepted as filed on November 3, 2025; and
3. The Court's August 5, 2025 scheduling order (ECF No. 5) otherwise remains controlling.

IT IS SO ORDERED.

Dated: **November 4, 2025**

STANLEY A. BOONE
United States Magistrate Judge