# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LEIGH HALLIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-00954-SAB<br><br>ORDER REGARDING STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 16) |

Before the Court is the parties' stipulation to extend the time in which Defendant may answer the complaint. For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendant shall have through January 12, 2026, to answer or otherwise respond to the complaint. The scheduling order (ECF No. 5) is modified accordingly.

IT IS SO ORDERED.

Dated: __**December 2, 2025**__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge